RICHARD CURTIS APGAR, Also Known As JAMES HALLIDAY, Appellant, *v.* STATE OF NEVADA, Respondent.

No. 6769

January 15, 1973                    504 P.2d 1076

*Gary A. Sheerin,* State Public Defender, for Appellant.

*Robert List,* Attorney General, and *Merlyn H. Hoyt,* District Attorney, White Pine County, for Respondent.

## OPINION

*Per Curiam:*

The appellant stands convicted of first degree murder and has appealed. Several substantial errors, not attributable to the prosecutor, appear to have occurred requiring that the conviction be set aside and another trial held. The prosecutor, with commendable candor, has acknowledged before this court that the appellant should be allowed a new trial.

Reversed and remanded for a new trial.